IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
---

JASON IVERSON,

                Plaintiff,                            ORDER

v.

                                                    16-cv-75-wmc

MESSERLI & KRAMER, PA,

                Defendant.
---

       In an August 15, 2016, order, this court (1) allowed counsel for plaintiff Jason Iverson to withdraw based on plaintiff's ceasing to communicate with them in connection with this litigation; (2) gave plaintiff until August 29 to submit to the court a letter advising of his intention to continue to pursue this lawsuit; and (3) directed plaintiff's counsel transmit a copy of the order to plaintiff.  To date, Iverson has not responded.  Iverson was admonished that his failure to respond would result in dismissal of this lawsuit.  Accordingly,

ORDER

       IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

       Entered this 6th day of September, 2016.

                                                     BY THE COURT:

                                                     WILLIAM M. CONLEY
                                                     District Judge