IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON IVERSON,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　　　Case No.  16-cv-75-wmc

MESSERLI & KRAMER, PA,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41 (b) for want of prosecution.

    <u>s/ J. Titak, Deputy Clerk</u>　　　　　　<u>9/7/2016</u>
    Peter Oppeneer, Clerk of Court　　　　　Date